# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00136-CV

**George Geoffrey Potts, Appellant**

**v.**

**Greystone Office, LP, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-08-006124, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

George Geoffrey Potts has filed a Motion to Dismiss Appeal and has certified that the

motion is unopposed.  We grant the motion and dismiss this appeal.  *See* Tex. R. App. P. 42.1(a)(1).

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   May 29, 2009